# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELANA MUKHINA**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 22-361-JB-C ) |
| **WAL-MART, INC.**, | ) ) |
| Defendant. | ) ) ) |

## JUDGMENT

In accordance with the Order entered January 3, 2024 (Doc. 52), it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 3rd day of January, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE